IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHW GROUP, INC.<br>d/b/a CHOICE HOME WARRANTY,<br><br>    Defendant. | Case No. 1:25-cv-02048<br><br>Judge: Hon. John J. Tharp, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff George Moore ("Plaintiff") respectfully notifies the Court that all claims alleged by Plaintiff against Defendant CHW Group, Inc., d/b/a Choice Home Warranty ("Defendant") in the above-captioned matter are voluntarily dismissed without prejudice, and respectfully requests that said dismissal automatically convert to a dismissal with prejudice as to Plaintiff's individual claims against Defendant within sixty (60) days hereof, (the class allegations would remain dismissed without prejudice).

Dated: July 3, 2025

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com
*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, hereby certify that on July 3, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

                                              */s/ Anthony I. Paronich*
                                              Anthony I. Paronich